UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNIE L. STOCKER,<br><br>            Plaintiff,<br><br>  v.<br><br>WARDEN, et. al.,<br><br>            Defendant. | CV F- 07-0589 LJO DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

Plaintiff is a state prisoner proceeding in forma pauperis with a civil rights amended complaint filed on July 30, 2007. The amended complaint appears to state cognizable claims for relief for deliberate indifference to a serious medical need in violation of the Eighth Amendment and pendent state law claims against defendants Hedgpeth, Zamora, Grannis, Alomari, Smith and Akanno. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Hedgpeth, Zamora, Grannis, Alomari, Smith and Akanno.

2. The Clerk of the Court shall send Plaintiff six (6) USM-285 forms, six (6) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed July 30, 2007.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the

1  attached Notice of Submission of Documents and submit the completed Notice to the
2  Court with the following documents:
3      a.    Completed summons;
4      b.    One completed USM-285 form for each defendant listed above; and
5      c.    Seven (7) copies of the endorsed amended complaint filed July 30, 2007.
6  4.    Plaintiff need not attempt service on Defendants and need not request waiver of
7  service. Upon receipt of the above-described documents, the court will direct the
8  United States Marshal to serve the above-named Defendants pursuant to Federal Rule
9  of Civil Procedure 4 without payment of costs.
10 5.    <u>The failure to comply with this Order will result in a Recommendation that this action
11 be dismissed.</u>
12 IT IS SO ORDERED.
13     Dated:   **August 1, 2007**             /s/ **Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE