EDMUND G. BROWN JR.
Attorney General of the State of California
ALBERTO L. GONZÁLEZ
Supervising Deputy Attorney General
JILL SCALLY, State Bar No. 161513
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-1042
  Fax: (916) 322-8288
  E-mail: Jill.Scally@doj.ca.gov
Attorneys for, Defendants David G. Smith, M.D., Jonathan Akanno, Sharon Zamora, Alice Alomari, Anthony Hedgpeth, and Nola Grannis

Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415)626-3939
Facsimile: (415)875-5700

Angelina T. Evans (State Bar No. 244634)
aevans@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213)489-3939
Facsimile: (213)243-2539

Attorneys for Plaintiff
JOHNIE L. STOCKER

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHNIE L. STOCKER,**<br><br>                          Plaintiff,<br><br>     v.<br><br>**ANTHONY HEDGPETH, Warden, Kern Valley State Prison, et al.,**<br><br>                          Defendants. | 1:07-cv-00589-LJO-DLB<br><br>**STIPULATION REGARDING EXTENDING DISCOVERY FOR CERTAIN DEPOSITIONS** |

1

1   SUBJECT TO THE APPROVAL OF THE COURT, Plaintiff Johnie Stocker ("Stocker") and Defendants David G. Smith, M.D., Jonathan Akanno, M.D., Sharon Zamora, Alice Alomari, Anthony Hedgpeth, and Nola Grannis (collectively, "Defendants"), enter into the following stipulation:

WHEREAS, this Court established a Discovery Order/Scheduling Order on December 28, 2007 (Docket #23), and by said Order required the parties to complete discovery by August 20, 2008;

WHEREAS, the parties are attempting to schedule the depositions of Stocker, Defendant Zamora, Defendant Grannis, Defendant Alomari, Defendant Smith, and Defendant Akanno.

WHEREAS, the parties have been unable to set a date for said depositions within the Court's ordered discovery period after holding a meet and confer.

WHEREAS, additional time would provide the parties with the time they need to complete certain depositions.

WHEREAS, this is the parties' first request to extend the deadlines for discovery. Further, this extension is limited in scope, not requested for the purpose of delay, and is made in good faith.

THEREFORE, the parties, through their respective counsel, hereby stipulate as follows:

1. The Court's December 28, 2007 Discovery Order/Scheduling Order be amended as follows:  the deadline for the completion of all discovery shall remain August 20, 2008, however the depositions of plaintiff Johnie L. Stocker and Defendants Zamora, Grannis, Alomari, Smith and Akanno may be completed after that date, but no later than November 30, 2008.

IT IS SO STIPULATED.

/ / /
/ / /
/ / /
/ / /

STIPULATION REGARDING EXTENDING DISCOVERY FOR CERTAIN DEPOSITIONS

Dated: August 4, 2008

By:  /s/JILL SCALLY
    Jill Scally

Deputy Attorney General
Attorneys for Defendants

Dated: August 1, 2008

JONES DAY

By:  /s/ANGELINA T. EVANS
    Angelina T. Evans

Attorneys for Plaintiff
JOHNIE L. STOCKER
Attorneys for Defendants

## **ORDER**

IT IS SO ORDERED that the Court's December 28, 2007 Scheduling Order be amended as follows: the deadline for the completion of all discovery shall remain August 20, 2008, however the depositions of plaintiff Johnie L. Stocker and Defendants Zamora, Grannis, Alomari, Smith and Akanno may be completed after that date, but no later than November 30, 2008.

IT IS SO ORDERED.

**Dated:   August 7, 2008**          /s/ **Dennis L. Beck**
    UNITED STATES MAGISTRATE JUDGE