IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNIE L. STOCKER, | 1:07-cv-00589-LJO-DLB (PC) |
| Plaintiff, | **ORDER GRANTING APPLICATION TO EXTEND TIME TO FILE DISPOSITIVE MOTION** |
| vs. | |
| ANTHONY HEDGPETH, et al, | |
| Defendants. | |

On October 16, 2008, plaintiff filed an ex parte application to extend the deadline to file dispositive motions. (Doc. 29).  Defendants filed their opposition on October 17, 2008. (Doc. 30).

Good cause appearing, IT IS ORDERED that the deadline for filing pre-trial dispositive motions is extended to January 30, 2009.

IT IS SO ORDERED.

Dated:  **October 20, 2008**                     /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE