UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNIE L. STOCKER, | ) | CV F- 07-0589 LJO DLB P |
| | ) | |
|         Plaintiff, | ) | ORDER GRANTING EX PARTE |
| | ) | APPLICATION TO EXTEND |
|   v. | ) | DEADLINE TO FILE PRETRIAL |
| | ) | DISPOSITIVE MOTIONS |
| WARDEN, et. al., | ) | (Doc. 29) |
| | ) | |
|         Defendant. | ) | |
| | ) | |

     Plaintiff is a state prisoner proceeding in forma pauperis with a civil rights amended complaint filed on July 30, 2007. On October 16, 2008, plaintiff filed an application for an order extending the deadline to file pretrial dispositive motions. Defendants filed an opposition to the application on October 17, 2008.

     Based on the parties' August 8, 2008 stipulation to extend the discovery deadline for certain depositions, good cause exists to extend the dispositive motion deadline. Accordingly, plaintiff's application is HEREBY GRANTED. The Court's December 28, 2007 Discovery Order/Scheduling Order is HEREBY AMENDED and the deadline for filing dispositive motions is extended to January 30, 2009.

     IT IS SO ORDERED.

1
2    **Dated:      October 21, 2008**                    /s/ Dennis L. Beck
                                                UNITED STATES MAGISTRATE JUDGE
3
4
5
...
28