1  Caroline N. Mitchell (State Bar No. 143124)
   cnmitchell@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA 94104
   Telephone:   (415) 626-3939
4  Facsimile:    (415) 875-5700

5  Yolanda Orozco (State Bar No. 90779)
   yorozco@jonesday.com
6  Angelina E. Chew (State Bar No. 244634)
   aechew@jonesday.com
7  Kara Backus (State Bar No. 260594)
   kbackus@jonesday.com
8  JONES DAY
   555 South Flower Street
9  Fiftieth Floor
   Los Angeles, CA  90071-2300
10 Telephone:   (213) 489-3939
   Facsimile:    (213) 243-2539
11
   Attorneys for Defendant
12 JOHNIE L. STOCKER

13              UNITED STATES DISTRICT COURT

14            EASTERN DISTRICT OF CALIFORNIA

15

16 JOHNIE L. STOCKER,                      Case No. 1:07-cv-00589 LJO DLB

17        Plaintiff,                       ORDER ON STIPULATIONS TO DISMISS
                                           WITH PREJUDICE DEFENDANTS NOLA
18        v.                               GRANNIS, ALICE ALOMARI AND
                                           ANTHONY HEDGPETH ONLY
19 ANTHONY HEDGPETH, Warden,
   Kern Valley State Prison; SHARON
20 ZAMORA, Health Care Manager, Kern
   Valley State Prison; N. GRANNIS,
21 Chief of Inmate Appeals, Kern Valley
   State Prison; A. ALOMARI, Medical
22 Appeals Analyst, Kern Valley State
   Prison; DAVID SMITH, M.D.,
23 Surgeon, CSP - Corcoran Specialty
   Clinic, JONATHAN AKANNO, M.D.,
24 Physician/Surgeon, Kern Valley State
   Prison; and DOES 1 through 50,
25 inclusive,

26        Defendants.

27

28
                                                    Proposed Order of Dismissal

1    **IT IS HEREBY ORDERED** that, pursuant to the Stipulation of Dismissal as to

2  Defendants Nola Grannis and Alice Alomari filed January 27, 2009 (Document No. 39),

3  the Stipulation of Dismissal as to Defendant Anthony Hedgpeth filed January 5, 2009

4  (Document No. 41), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the

5  above-captioned action is hereby dismissed with prejudice as to Defendants Nola

6  Grannis, Alice Alomari and Anthony Hedgpeth only.

7    Each party shall bear their own costs, expenses and attorneys' fees and in this

8  action.

9    IT IS SO ORDERED.

10  **Dated:    February 6, 2009         /s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                              Proposed Order of Dismissal