Yolanda Orozco (State Bar No. 90779)
yorozco@jonesday.com
Angelina E. Chew (State Bar No. 244634)
aechew@jonesday.com
Kara Backus (State Bar No. 260594)
kbackus@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:     (213) 489-3939
Facsimile:      (213) 243-2539

Attorneys for Defendant
JOHNIE L. STOCKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHNIE L. STOCKER,**<br><br>           **Plaintiff,**<br><br>      v.<br><br>**ANTHONY HEDGPETH, Warden, Kern Valley State Prison; SHARON ZAMORA, Health Care Manager, Kern Valley State Prison; N. GRANNIS, Chief of Inmate Appeals, Kern Valley State Prison; A. ALOMARI, Medical Appeals Analyst, Kern Valley State Prison; DAVID SMITH, M.D., Surgeon, CSP - Corcoran Specialty Clinic, JONATHAN AKANNO, M.D., Physician/Surgeon, Kern Valley State Prison; and DOES 1 through 50, inclusive,**<br><br>           **Defendants.** | **Case No. 1:07-cv-00589-LJO-DLB**<br><br>**NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS OF DEFENDANTS JONATHAN AKANNO, M.D., DAVID G. SMITH, M.D. AND SHARON ZAMORA** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Eastern District of California Local Rule 5-133(j) Plaintiff Johnie L. Stocker hereby lodges with this Court, Hon. Dennis L. Beck, Department 9, a copy of the following deposition transcripts:

- Deposition of Jonathan Akanno, M.D., taken on November 5, 2008;

Notice of Lodging Depositions

1. • Deposition of David G. Smith, M.D., taken on November 14, 2006; and
2. • Deposition of Sharon Zamora, taken on November 13, 2006.

Dated: February 17, 2009

JONES DAY
Angelina E. Chew
Kara Backus


By:/s/ Yolanda Orozco
    Yolanda Orozco

Attorneys for Defendant
JOHNIE L. STOCKER

**PROOF OF SERVICE**

I, Angelina E. Chew, declare:

I am a citizen of the United States and employed in Los Angeles, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 S. Flower Street, 50th Floor, Los Angeles, California 90071. On February 17, 2009, I served a copy of the within document(s):

**NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS OF DEFENDANTS JONATHAN AKANNO, M.D., DAVID G. SMITH, M.D. AND SHARON ZAMORA**

☒ by electronic transmission. I am familiar with the United States District Court, Eastern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Alberto Gonzalez
Alberto.Gonzalez@doj.ca.gov
Jill Buttram Scally
Jill.Scally@doj.ca.gov
Dottie Macken
Dottie.macken@doj.ca.gov
Emily Larkin
Emily.Larkin@doj.ca.gov
Inez Crawford
Inez.Crawford@doj.ca.gov
Jim Schaivenza
Jim.Schiavenza@doj.ca.gov
TORT-ECF@doj.ca.gov

/s/ Angelina E. Chew

LAI-3003481v1

Notice of Lodging Depositions