Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:  (415) 626-3939
Facsimile:   (415) 875-5700

Yolanda Orozco (State Bar No. 90779)
yorozco@jonesday.com
Angelina E. Chew (State Bar No. 244634)
aechew@jonesday.com
Kara Backus (State Bar No. 260594)
kbackus@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539

Attorneys for Defendant
JOHNIE L. STOCKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNIE L. STOCKER,<br><br>            Plaintiff,<br><br>      v.<br><br>ANTHONY HEDGPETH, Warden, Kern Valley State Prison; SHARON ZAMORA, Health Care Manager, Kern Valley State Prison; N. GRANNIS, Chief of Inmate Appeals, Kern Valley State Prison; A. ALOMARI, Medical Appeals Analyst, Kern Valley State Prison; DAVID SMITH, M.D., Surgeon, CSP - Corcoran Specialty Clinic, JONATHAN AKANNO, M.D., Physician/Surgeon, Kern Valley State Prison; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 1:07-cv-00589<br><br>ORDER FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS UNDER CALIFORNIA GOVERNMENT CODE SECTION 845.6 |

**IT IS HEREBY ORDERED** that, pursuant to the Stipulation for Dismissal with Prejudice as to Plaintiff's Claims Under California Government Code Section 845.6 and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claim in the above-captioned action under California Government Code section 845.6 only be and is hereby dismissed.

Each party shall bear their own costs, expenses and attorneys' fees and in this action.

IT IS SO ORDERED.

**Dated:   February 19, 2009            /s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE