**UNITED STATES DISTRICT COURT**

                            EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNIE L. STOCKER, | CASE NO. 1:07-cv-00589 LJO DLB (PC) |
|         Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
|   v. | (Doc. 40) |
| WARDEN, et al., | |
|         Defendants. | |
| _____/ | |

      Plaintiff Johnie L. Stocker, a state prisoner proceeding in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.

      On January 30, 2009, Defendants Jonathan Akanno, M.D., David Smith, M.D., and Sharon Zamora ("Defendants") filed a motion for summary judgment or, in the alternative, summary adjudication. On April 13, 2009, the Magistrate Judge issued Findings and Recommendations herein which was served on the parties and which contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On May 13, 2009, Defendant Jonathan Akanno, M.D., filed objections to the Findings and Recommendations. On May 27, 2009, Plaintiff filed a response to the objections.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued April 13, 2009, are adopted in full; and

2. Defendants' motion for summary judgment is GRANTED IN PART and DENIED IN PART as follows:

    a. Defendants' motion for summary judgment/summary adjudication as to Plaintiff's claims under 42 U.S.C. section 1983 against Defendant Dr. Akanno is DENIED;

    b. Defendants' motion for summary judgment as to Plaintiff's claims under 42 U.S.C. section 1983 against Defendant Dr. Smith is GRANTED;

    c. Defendants' motion for summary judgment as to Plaintiff's claims under 42 U.S.C. section 1983 against Defendant S. Zamora is GRANTED.

IT IS SO ORDERED.

Dated: **May 29, 2009**    /s/ **Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE