# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNIE L. STOCKER, | CASE NO. 1:07-cv-00589 LJO DLB (PC) |
| Plaintiff, | ORDER SETTING TELEPHONIC STATUS CONFERENCE |
| v. | |
| WARDEN, et al., | |
| Defendants. | |

Plaintiff Johnie L. Stocker, a state prisoner proceeding in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.

On January 30, 2009, Defendants Jonathan Akanno, M.D., David Smith, M.D., and Sharon Zamora ("Defendants") filed a motion for summary judgment or, in the alternative, summary adjudication. On April 13, 2009, the Magistrate Judge issued Findings and Recommendations in this matter. On May 29, 2009, the District Court Judge adopted the Findings and Recommendations, which denied Defendants' summary judgment on Plaintiff's claims under 42 U.S.C. section 1983 against Defendant Dr. Akanno and granted Defendants' summary judgment on Plaintiff's claims against Defendants Smith and Zamora.

Based on the District Court's order, this action is proceeding on Plaintiff's complaint against Defendant Akanno for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment. Accordingly, the Court sets a telephonic status conference for July 8, 2009, at 9:30 a.m. before the undersigned to discuss dates for a pretrial conference and for trial, along with any other appropriate matters. Trial counsel should participate in this

conference.  A joint status report, prepared and executed by all counsel, shall be electronically filed in CM/ECF one (1) full week prior to the status conference.

IT IS SO ORDERED.

Dated:   **June 3, 2009**             /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE