1  Caroline N. Mitchell (State Bar No. 143124)
   cnmitchell@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA 94104
   Telephone:  (415) 626-3939
4  Facsimile:  (415) 875-5700

5  Yolanda Orozco (State Bar No. 90779)
   yorozco@jonesday.com
6  Angelina E. Chew (State Bar No. 244634)
   aechew@jonesday.com
7  Kara Backus (State Bar No. 260594)
   kbackus@jonesday.com
8  JONES DAY
   555 South Flower Street
9  Fiftieth Floor
   Los Angeles, CA  90071-2300
10 Telephone:  (213) 489-3939
   Facsimile:  (213) 243-2539

11

12 Attorneys for Defendant
   JOHNIE L. STOCKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHNIE L. STOCKER,** | **Case No. 1:07-cv-00589-LJO-DLB** |
| **Plaintiff,** | |
| v. | **STIPULATION TO AMEND PRE-TRIAL SCHEDULE;  ORDER.** |
| **ANTHONY HEDGPETH, Warden, Kern Valley State Prison; SHARON ZAMORA, Health Care Manager, Kern Valley State Prison; N. GRANNIS, Chief of Inmate Appeals, Kern Valley State Prison; A. ALOMARI, Medical Appeals Analyst, Kern Valley State Prison; DAVID SMITH, M.D., Surgeon, CSP - Corcoran Specialty Clinic, JONATHAN AKANNO, M.D., Physician/Surgeon, Kern Valley State Prison; and DOES 1 through 50, inclusive,** | |
| **Defendants.** | |

1  **IT IS HEREBY STIPULATED** by and between Plaintiff Johnie L. Stocker and
2  Defendant Jonathan Akanno, M.D. (collectively, "the Parties"), through their respective
3  counsel of record that,
4      1.  On July 9, 2009, the Court entered its Minute Order [Docket No. 59]
5  providing several pre-trial dates and deadlines, including: (a) September 17, 2009 for the
6  Early Settlement Conference; (b) November 2, 2009 as the date Expert Disclosure would
7  be due; and (c) February 1, 2010 as the Expert Discovery Cut-Off.
8      2.  Counsel for Defendant Jonathan Akanno, M.D. is not authorized at this time
9  by the State of California to participate in settlement negotiations.
10     3.  Therefore, the Parties respectfully request that the Court modify the July 9,
11 2009 Order as follows:
12     (a)  The Early Settlement Conference will be continued from September 17, 2009
13 to November 12, 2009, at 1:00 p.m.;
14     (b)  The deadline for Expert Disclosure will be continued from November 2,
15 2009 to January 15, 2010; and
16     (c)  The Expert Discovery Cut-Off will be continued from February 1, 2010 to
17 February 12, 2010.
18
19     **IT IS SO STIPULATED.**

1  Dated:  September 10, 2009			By:	/s/ Yolanda Orozco
2								Yolanda Orozco

3						Attorneys for Plaintiff
						JOHNIE L. STOCKER
4

5  Dated:  September 10, 2009			EDMUND G. BROWN, JR.
						Attorney General of the State of California
6						ALBERTO L. GONZALEZ
						Supervising Deputy Attorney General
7

8						By:	/s/ Jill Scally
							Jill Scally, Deputy Attorney General
9						Attorneys for Defendant
						JONATHAN AKANNO, M.D.
10

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the Stipulation of the parties, and good cause appearing, the Minute Order entered July 9, 2009 setting forth the pre-trial schedule is modified as follows:

1. The Early Settlement Conference is continued from September 17, 2009 to November 12, 2009, at 1:00 p.m.;
2. The deadline for Expert Disclosure is continued from November 2, 2009 to January 15, 2010; and
3. The Expert Discovery Cut-Off is continued from February 1, 2010 to February 12, 2010.

All other scheduled dates will remain unchanged.

IT IS SO ORDERED.

**Dated:   September 16, 2009**              /s/ **Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE