IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNIE L. STOCKER, | ) | 1:07cv0589 LJO DLB |
| | ) | |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | |
| vs. | ) | |
| WARDEN, et al., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Johnie L. Stocker, a state prisoner proceeding in forma pauperis, filed this civil rights action seeking relief under 42 U.S.C. § 1983 on April 17, 2007.

On December 9, 2009, the parties participated in a settlement conference. The parties settled the remaining issues in the case and the settlement was placed on the record.

To date, however, the parties have not submitted dispositional documents regarding settlement and dismissal of this action. Therefore, the parties are ORDERED TO SHOW CAUSE, if any they have, why they have failed to file dispositional documents or why this action should not be dismissed. The parties are ORDERED to file a written response to this Order to Show Cause within **fourteen (14) days** of the date of this Order. The parties may comply with this order by filing a signed stipulation and proposed order regarding dismissal of this action.

The parties are admonished that if they fail to respond or if they fail to file dispositional

1

papers pursuant to this order, such failure may be grounds for the imposition of sanctions. Local Rules 110 and 160(b).

IT IS SO ORDERED.

Dated: **October 5, 2010**         **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE