IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNIE L. STOCKER, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WARDEN, et al., ) <br> ) <br> Defendant. ) <br>_____) | 1:07cv0589 LJO DLB <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE <br><br> ORDER SETTING TELEPHONIC STATUS CONFERENCE |

Plaintiff Johnie L. Stocker, a state prisoner proceeding in forma pauperis, filed this civil rights action seeking relief under 42 U.S.C. § 1983 on April 17, 2007.

On December 9, 2009, the parties settled the outstanding issues in this case.

On October 5, 2010, the Court issued an order to show cause as to why the parties failed to file dispositional documents or why this action should not be dismissed. The parties complied with the order by submitting a response on October 18, 2010. In the response, the parties explain that dispositional documents were not filed because defendant was unable to obtain settlement funds due to the lack of a state budget. The parties indicate that a budget has been signed and it will take approximately three months to obtain settlement funds in this case. Based on this response, the Order to Show Cause is DISCHARGED.

The Court SETS a further telephonic status conference on January 19, 2011, at 9:30 a.m.

1

1  before the undersigned.

2      IT IS SO ORDERED.

3      **Dated:** **October 20, 2010**          **/s/ Dennis L. Beck**
4                                                  UNITED STATES MAGISTRATE JUDGE

2