# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNIE L. STOCKER, | CASE NO. 1:07-cv-00589 LJO DLB (PC) |
| Plaintiff, | ORDER REGARDING TELEPHONIC STATUS CONFERENCE |
| v. | |
| WARDEN, et al., | |
| Defendants. | |

Plaintiff Johnie L. Stocker, a state prisoner proceeding in forma pauperis, filed this civil rights action seeking relief under 42 U.S.C. § 1983.

On December 9, 2009, the parties settled the outstanding issues in this case.

In October 2010, Defendant reported that settlement funds had been unavailable due to a lack of a state budget and it would take approximately three months to obtain settlement funds.

On January 19, 2011, the parties participated in a telephonic status conference regarding the settlement, including payment of settlement funds. As the issue remained unresolved, the Court set a further telephonic status conference for March 9, 2011.

To expedite final disposition of this matter, the Court HEREBY ORDERS defense counsel, including staff counsel (Alan Sobel) and/or other representatives with decision-making authority regarding payment of settlement funds, to appear telephonically at the further status conference set for March 9, 2011.

IT IS SO ORDERED.

Dated: **March 5, 2011**            /s/ **Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE

1