UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHNIE L. STOCKER                              CASE NO. CV F 07-0589 LJO DLB

                        Plaintiff,             **ORDER AFTER SETTLEMENT**
        vs.

WARDEN, HEALTHCARE MANAGER
et. al,
                        Defendant.
_____/

        The parties have filed a Notice of Settlement indicating that settlement has been reached in this case.  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than April 15, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety.

        This Court VACATES all pending dates and matters.

        Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.


                        IT IS SO ORDERED.

**Dated:    March 16, 2011**              _____/s/ Lawrence J. O'Neill_____
                                          UNITED STATES DISTRICT JUDGE