1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHNIE L. STOCKER,** | 1:07-cv-00589-LJO-DLB |
| Plaintiff, | **ORDER OF DISMISSAL PURSUANT TO STIPULATION** |
| v. | |
| **ANTHONY HEDGPETH, Warden, Kern Valley State Prison, et al.,** | |
| Defendants. | |

On March 15, 2011, the parties filed a stipulated request for dismissal of this action with prejudice. Pursuant to the parties' stipulation and good cause appearing, it is hereby ordered that the above-entitled action be dismissed with prejudice on the terms and conditions set forth in the stipulation. The clerk is directed to close the action.

IT IS SO ORDERED.

Dated:   **March 23, 2011**           /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28